428 A.2d 247

Commonwealth v. Gordon, Appellant.

Submitted June 29, 1979. John W. Packel, Chief, Appeals, Assistant Public Defender, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

* Judge Vincent A. Cirillo of the Court of Common Pleas of Montgomery County, Pennsylvania, is sitting by designation.

582

Before SPAETH, STRANAHAN and SUGERMAN, JJ.*

The judgment of sentence of the lower court is hereby affirmed.